## Commonwealth v. Chapman, Appellant.

 Argued November 11, 1968. *William K. Eckel,* for appellant; *William G. Shahade,* Assistant District Attorney, with him *Ferdinand F. Bionaz,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.*

HOFFMAN and SPAULDING, JJ., dissented.

---

* Reporter's Note: On February 17, 1969, a dissenting opinion was filed by HOFFMAN, J., in which JACOBS, J., joined. This opinion appears in a more extended report of this case at 214 Pa. Superior Ct. 23.